UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEACUBE CONTAINERS, LLC,
                       Plaintiff,

-v-

COMPASS CONTAINERS & SHIPPING SERVICES LTDA.,
                       Defendant.

19-CV-816 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 31, 2019, this Court ordered Plaintiff to re-serve the complaint in compliance with the Hague Service Convention. (Dkt. No. 31.) It issued letters rogatory for that purpose on August 2, 2019. (Dkt. No. 37.) There has been no further communication with the Court by Plaintiff.

Accordingly, Plaintiff shall file either (1) an affidavit of service or (2) a letter updating the Court regarding the status of the case on or before December 17, 2019.

    SO ORDERED.

Dated: December 3, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge