UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEACUBE CONTAINERS, LLC,
                       Plaintiff,

                -v-

COMPASS CONTAINERS & SHIPPING SERVICES LTDA.,
                       Defendant.

19-CV-816 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 31, 2019, this Court ordered Plaintiff to re-serve the complaint in compliance with the Hague Service Convention. (Dkt. No. 31.) Plaintiff filed a status letter on December 9, 2019, indicating that it had not yet heard back from the Ministry of Justice in Brazil. (Dkt. No. 39.) There has been no further communication with the Court by Plaintiff.

Accordingly, Plaintiff shall file either (1) an affidavit of service or (2) a letter updating the Court regarding the status of the case on or before June 24, 2020.

SO ORDERED.

Dated: June 10, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge