UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEACUBE CONTAINERS LLC,
                 Plaintiff,

-v-

COMPASS CONTAINERS & SHIPPING
SERVICES LTDA. ET AL.,
                 Defendants.

19-CV-816 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On June 30, 2020, Plaintiff filed a motion for default judgment in this case. (Dkt. No. 47.) The motion is deficient because it fails to comply with Local Civil Rule 55.2, which requires, *inter alia*, proof of service on the defaulting defendant of the Motion, the Clerk's certificate of default, and the Notice. No such proof of service has been filed. Accordingly, Plaintiff shall file such proof of service or a letter to the court explaining why such service has not yet been made on or before August 17, 2020.

SO ORDERED.

Dated: August 3, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge