IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SeaCube Containers LLC, | * | |
| Plaintiff, | * | Civil Action No.: 19-816-JPO-DCF |
| v. | * | |
| Compass Containers & Shipping Services Ltda., et al., | * | **IN ADMIRALTY** |
| | * | |
| Defendant and Garnishees, | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **DEFAULT JUDGMENT**

This action having been commenced on January 28, 2019 by the filing of the Complaint, a copy of the Summons and Complaint having been served on defendant Compass Containers & Shipping Services Ltda., in Brazil, on or about November 29, 2019, by December 5, 2019 at the latest, and a proof of service having been filed on June 17, 2020, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $1,663,598.54, plus attorneys' fees, expenses and costs in the amount of $23,594.26, amounting in all to $1,687,192.80.

The Clerk shall close Dkt. No. 47 and close this case.

August 19, 2020

_____
J. PAUL OETKEN
United States District Judge